# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | | |
|---|---|---|
| Edward F. Maracich, Martha L. Weeks, and John C. Tanner,     individually and on behalf of     all others similarly situated, | ) ) ) ) ) | Civil Action No. 7:09-CV-1651 |
|     Plaintiffs, | ) ) | |
| v. | ) ) | **MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| Michael Eugene Spears, Michael Spears, P.A., Gedney M. Howe, III, Gedney M. Howe, III, P.A., Richard A. Harpootlian, Richard A. Harpootlian, P.A., A. Camden Lewis, and Lewis & Babcock, LLP, | ) ) ) ) ) ) ) | |
|     Defendants. | ) ) | |

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs Edward F. Maracich, Martha L. Weeks, and John C. Turner, individually and on behalf of all others similarly situated ("Plaintiffs") respectfully file this Motion for Final Approval of Class Action Settlement. By this Motion, Plaintiffs request an Order: (1) granting final approval of the Settlement on the terms and conditions set forth in the Parties' Settlement Agreement and the Court's Order Granting Motion for Preliminary Approval (D.E. 177); (2) finally certifying the Class, for settlement purposes only, pursuant to Fed. R. Civ. P. 23(b)(2); (3) overruling any and all objections to the Settlement; (4) entering a final injunction as set forth in the Settlement Agreement; (5) releasing Defendants from all Claims of Class Members, as defined in the Settlement Agreement; (6) ordering an award of fees and costs to Plaintiffs' counsel in an amount to be set within the parameters stipulated in the Settlement Agreement; and (7) retaining continuing jurisdiction over

the interpretation, effectuation, implementation, and enforcement of the Settlement Agreement and the injunction.  Plaintiffs have filed a Memorandum of Law in support of this Motion.

                                      Respectfully Submitted,

                                         s/ Gary L. Compton
Gary L. Compton, Esq., ID 230
296 Daniel Morgan Avenue
Spartanburg, South Carolina  29306
(864) 583-5186 (phone)
(864) 585-0139 (fax)
atty9578@bellsouth.net

*and*

Philip N. Elbert, Esq.
A.  Scott Ross, Esq.
NEAL & HARWELL, PLC
150 Fourth Avenue North, Suite 2000
Nashville, Tennessee  37219
(615) 244-1713 (phone)
(615) 726-0573 (fax)
pelbert@nealharwell.com
sross@nealharwell.com

*Counsel for Plaintiffs*